■ IRVING LEVIN, Appellant, v. MONICA J. WARD et al., Respondents.— In an action to recover brokerage commissions claimed to be due plaintiff in connection with the sale of a nursing home, the plaintiff appeals from a judgment of the Supreme Court, Queens County, entered May 12, 1960, upon the decision of the Justice at Special Term, after a nonjury trial, dismissing the complaint on the merits. Judgment affirmed, with costs. The evidence is sufficient to sustain the finding that the notice mailed by plaintiff to defendants Ward and Orth advising them the Roddens were prospective purchasers, was never received by the addressee. The evidence is also sufficient to sustain the finding that there was no proof of fraud, conspiracy, or inducement of breach of contract. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ TERRY McNAMARA, Respondent, v. BOB-NET TRANSPORTATION CORP. et al., Appellants.— In an action to recover damages for personal injuries alleged to have been sustained as a result of defendants' negligence in the operation of a taxicab, the defendants appeal, as limited by their brief, from so much of an order of the Supreme Court, Westchester County, entered April 14, 1959, as grants plaintiff's motion to direct defendants, upon their examination before trial, to produce " all their records showing corporate setup " etc. (as specified in the second decretal paragraph), and to be examined with respect to such corporate setup, etc. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. The examination shall proceed and the records shall be produced on a day or days mutually fixed by the parties, or, failing such agreement, on any date fixed by plaintiff in a notice served upon defendants at least 20 days prior to the date so fixed. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ PROCHOROFF CONSTRUCTION CORP., Appellant, v. BALDWIN OF BALDWIN, INC., et al., Respondents.— In an action to foreclose a mechanic's lien, plaintiff appeals: (1) from a judgment of the Supreme Court, Nassau County, entered January 27, 1960, upon the decision and opinion of the Justice at Special Term, after a nonjury trial, dismissing the complaint on the merits as to all the defendants; and (2) from an order of said court dated February 4, 1960, denying plaintiff's motion for a new trial. Judgment and order affirmed, with one bill of costs. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.